1  **Christian De Olivas**
2  CalBarNo. 249608
   De Olivas Law Firm, APLC
3  200 N. Bradford Ave., Suite L
   Placentia, CA 92870
4  Telephone: (714) 646-3314
   Facsimile:  (714) 646-3421
5



FILED
DEC - 6 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,                Case No: 307-mj-02731-AJB-1
10        Plaintiff,
11     vs.                                   **SUBSTITUTION OF ATTORNEY**
12  MARIA A RICO
13        Defendant
14

16  MARIA A. Rico _____ hereby substitutes attorney CHRISTIAN DE
17  OLIVAS, from the DE OLIVAS LAW FIRM, APLC, located at 200 N. Bradford
18  Avenue, Suite L, Placentia, CA 92870, with telephone number, (714) 646-3314, as
19  attorney of record in place and stead of attorney, ZANDRA LOPEZ.

21  DATED: 11/26/07 _____   _____Maria Rico_____
22                                                    DEFENDANT

24     I consent to the above substitution.

26  DATED: 12/6/07 _____    _____[signature]_____
27                                                   PRESENT ATTORNEY

28  //

                                          1   307-mj-02731
                                                         CASE NO.

I am duly admitted to practice in this district.

I accept the above substitution.

DATED: 11/27/07  _____
                        NEW ATTORNEY

Please check one: __✓__ RETAINED, or _____ APPOINTED BY THE COURT.

APPROVED: _____

DATED: 12/6/07  _____
                UNITED STATES DISTRICT COURT
                        MAGISTRATE

2   307-mj-02731
              CASE NO.