AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| MARIA ANTONIA RICO | CASE NUMBER: 07CR3424-DMS  07MJ2731 |

I, MARIA ANTONIA RICO, the above-named defendant, who is accused of committing the following offense:

Importation of marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony). Being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 12-20-2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant    MARIA A. RICO

_____
Defense Counsel
CHRISTIAN DE OLIVAS

Before _____
         Judicial Officer

FILED
DEC 20 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY